David Seror
Email: serortrustee@ecjlaw.com
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone (818) 827-9200
Facsimile (818) 936-0624
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>ROBERT STEVEN BURAKOFF<br>LESLIE ANN PERLOW-BURAKOFF<br><br><br>Debtor. | Case No. 1:04-bk-15812-VK<br><br>Chapter 7<br><br>NOTICE OF UNCLAIMED<br>DIVIDENDS (UNDER F.R.B.P. 3011) |

David Seror, the trustee of this bankruptcy estate submits this Notice of Unclaimed Dividends (Under F.R.B.P. 3011). Trustee hereby provides notice that after a distribution of funds in the above-captioned case one or more dividend payment(s) have been unclaimed and the unclaimed funds have been remitted to the Court in accordance with F.R.B.P. 3011. Attached hereto is the Notice of Unclaimed Dividends (Under F.R.B.P. 3011) indicating the name, address, corresponding claim number and amount of each unclaimed dividend.

Dated: July 19, 2011

_____
DAVID SEROR
Chapter 7 Trustee

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| 000003 | ROYAL ALLIANCE<br>THE SUN AMERICA CENTER<br>733 THIRD AVENUE<br>NEW YORK, NY 10017 | $22,500.00 | $4,158.08 |
| 000004 | Citibank (South Dakota) NA<br>Citibank/Choice<br>Exception Payment Processing<br>PO Box 6305<br>The Lakes NV 88901-6305 | $4,129.50 | $763.15 |
| | | *Total Unclaimed Dividends:* | $4,921.23 |

TURNOVER OF UNCLAIMED DIVIDENDS

BANK OF AMERICA, N.A.

CHECK NUMBER: 1017

DAVID SEROR, CHAPTER 7 TRUSTEE
21650 OXNARD STREET, SUITE 500
WOODLAND HILLS, CA 91367

32-1/1110 TX 0

DATE: 07/19/11

AMOUNT: *******4,921.23

1910219
PAY TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
21041 BURBANK BLVD
WOODLAND HILLS, CA 91367

CASE NUMBER: 04-15812  VK
ESTATE OF
Debtor: BURAKOFF, ROBERT STEVEN
Joint Debtor: PERLOW-BURAKOFF, LESLIE ANN

Four Thousand Nine Hundred Twenty One Dollars And 23/100

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑆001017⑆ ⑈111000012⑈ 4428592002⑈

---

| | | |
|---|---|---|
| Date: 07/19/11 | Check Number: 1017 | Amount: 4,921.23 |

Case Number: 04-15812   VK
Debtor Name: BURAKOFF, ROBERT STEVEN
Tax ID: 75-6792771

| Paid To: | UNITED STATES BANKRUPTCY COURT<br>21041 BURBANK BLVD<br>WOODLAND HILLS, CA 91367 | Trustee: | DAVID SEROR, CHAPTER 7 TRUSTEE<br>21650 OXNARD STREET, SUITE 500<br>WOODLAND HILLS, CA 91367 |
|---|---|---|---|

Description:  TURNOVER OF UNCLAIMED DIVIDENDS

Bank Account Number:  4428592002

